IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 12-06428 MCF |
| GENAO TRINIDAD TRINIDAD | CHAPTER 13 |
| DEBTOR (S) | |

## MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to raise the base of the plan.

**WHEREFORE,** it is respectfully requested to this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this October 5, 2012.**

JPC LAW OFFICE

Jose M Prieto Carballo, Esq.
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M. Prieto Carballo, Esq.

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                     Case No. 12-06428-13

TRINIDAD TRINIDAD, GENAO                                                   Chapter 13
                         Debtor(s)

# CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____     ☑ AMENDED PLAN DATED: 10/04/2012
    ☐ PRE ☐ POST-CONFIRMATION                   Filed by: ☑ Debtor ☐ Trustee ☐ Other

## I. PAYMENT PLAN SCHEDULE

$ 100.00 x 6 = $ 600.00
$ 475.00 x 54 = $ 25,650.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ 26,250.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 26,250.00

## II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. DORAL BANK       Cr. DORAL BANK       Cr. _____
# 8930080023247      # 8930080023246      # _____
$ 6,000.00           $ 550.00             $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. RELIABLE FINANCIAL   Cr. _____       Cr. _____
# 586695388000           # _____         # _____
$ 13,000.00              $ _____         $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____       Cr. _____       Cr. _____
# _____         # _____         # _____
$ _____         $ _____         $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
    DORAL BANK        DORAL BANK
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A:  ☐ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. _____       Cr. _____       Cr. _____
# _____         # _____         # _____
$ _____         $ _____         $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

## III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,759.00

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
See Continuation Sheet

Signed: */s/ GENAO TRINIDAD TRINIDAD*
              Debtor

              _____
              Joint Debtor

Attorney for Debtor Jose Prieto                                    Phone: (787) 607-2066

**CHAPTER 13 PAYMENT PLAN**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE TRINIDAD TRINIDAD, GENAO _____ Case No. 12-06428-13
Debtor(s)

# CHAPTER 13 PAYMENT PLAN
**Continuation Sheet - Page 1 of 1**

FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

DEBTOR WILL PROVIDE INSURANCE FOR RELIABLE VEHICLE WITH EASTER AMERICAN INSURANCE.

TRUSTEE TO PAY ADECUATE PROTECTION TO RELIABLE IN THE AMOUNT OF $100.00

STEP UP PAYMENTS STARTS WHEN DEBTOR STARTS TO RECEIVE INCOME FORM RENTING AN APARTMENT IN THE DEBTORS RESIDENCE.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Label Matrix for local noticing        RELIABLE FINANCIAL SERVICES         US Bankruptcy Court District of P.R.
0104-3                                  PO BOX 21382                        Jose V Toledo Fed Bldg & US Courthouse
Case 12-06428-MCF13                     SAN JUAN, PR 00928-1382             300 Recinto Sur Street, Room 109
District of Puerto Rico                                                     San Juan, PR 00901-1964
Old San Juan
Fri Oct  5 15:27:29 AST 2012

 CitiFinancial, Inc                     AAA                                 AEE
PO Box 70919                            P O BOX 7066                        P O BOX 364267
Charlotte, NC 28272-0919                SAN JUAN, PR 00916-7066             SAN JUAN, PR 00936-4267



BANCO POPULAR DE PUERTO RICO            Banco Popular De Puert              CRIM
BANKRUPTCY DEPARTMENT                   Gpo Box 3228                        P O BOX 195387
PO BOX 366818                           San Juan, PR  00936                 SAN JUAN, PR  00919-5387
SAN JUAN PR 00936-6818



DORAL BANK                              GE Capital Retail Bank              Gecrb/jc Penney Pr
P O BOX 71529                           c/o Recovery Management Systems Corp Po Box 364788
SAN JUAN, PR  00936-8629                25 SE 2nd Ave Suite 1120             San Juan, PR 00936-4788
                                        Miami FL 33131-1605



Sears/cbna                              TD Retail Card Services             Td Rcs/advance Auto
Po Box 6282                             c/o Creditors Bankruptcy Service    1000 Macarthur Blvd
Sioux Falls, SD 57117-6282              P.O. Box 740933                     Mahwah, NJ 07430-2035
                                        Dallas, TX 75374-0933



GENAO TRINIDAD TRINIDAD                 JOSE M PRIETO CARBALLO              JOSE RAMON CARRION MORALES
960 CALLE 31 SE                         JPC LAW OFFICE                      PO BOX 9023884
REPARTO METROPOLITANO                   PO BOX 363565                       SAN JUAN, PR 00902-3884
SAN JUAN, PR 00921-2703                 SAN JUAN, PR 00936-3565



MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901
```

            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)CITIFINANCIAL                        (d)RELIABLE FINANCIAL SERVICES      End of Label Matrix
P O BOX 70919                           PO BOX 21382                        Mailable recipients    18
CHARLOTTE, NC 28272-0919                SAN JUAN PR 00928-1382              Bypassed recipients     2
                                                                            Total                  20
```